ANANIAS BOYCE, RESPONDENT, v. CYRUS WASHBURN,
APPELLANT.

*Statute of frauds — contract for sale of logs — interest in lands.*

This action was brought to recover the price of 206 logs, sold to defendant. The defense was that these logs were delivered under a contract, by which the plaintiff's assignor agreed to deliver to the defendant all the market pine saw-logs that could be cut from the " Perry " lot, in Wilton, the logs to be delivered at defendant's saw-mill, at two dollars per log, in the years 1873 and 1874, and to be measured and counted at said mill, which logs the defendant agreed to accept and pay for ; that the plaintiff's assignor cut a large number of logs from the lot, in addition to the 206, which he refused to deliver to the defendant, by means of which the defendant had sustained damage. *Held,* that this was not a contract for the sale of standing timber, and that it was not essential to its validity that it should be in writing, and therefore such defense could be established under it.

*Green,* v. *Armstrong* (1 Denio, 550) distinguished ; *Kilmore* v. *Howlett* (48 N. Y., 569) followed.

APPEAL from a judgment in favor of the plaintiff, entered upon a verdict directed by the court.

*John C. Hulbert,* for the appellant.

*J. P. Butler,* for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., and BOARDMAN, J.

Judgment reversed and new trial granted, costs to abide the event.